December 22, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

W.A. "ANDY" MEYERS, INDIVIDUALLY AND IN HIS CAPACITY AS FORT BEND COUNTY COMMISSIONER, Appellant

NO. 14-15-00860-CV                              V.

JDC/FIRETHORNE, LTD., A TEXAS LIMITED PARTNERSHIP, Appellee

_____

This cause, an appeal from the order in favor of appellee, JDC/Firethorne, LTD., a Texas Limited Partnership, signed, September 18, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, W.A. "Andy" Meyers, Individually and in his capacity as Fort Bend County Commissioner, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.